1

2

3

4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7        UNITED STATES OF AMERICA,              Case No. 20-cr-00480-WHA-1   (JSC)

                         Plaintiff,
8
                                                **ORDER OF DETENTION**
         v.
9

10       IVAN MAURO CRUZ MAYORQUIN,

                         Defendant.
11

12

13          Defendant Ivan Mauro Cruz Mayorquin was charged by indictment in December 2020

14   with distribution of fentanyl.  At that time he waived any findings as to detention and was

15   remanded into custody.  At Mr. Mayorquin's request, the parties appeared before the Court on

16   November 15, 2021, for a detention hearing because Mr. Mayorquin had located a proposed surety

17   who had been interviewed by pretrial services.  At the November 15, 2021 hearing, the defendant

18   was present by videoconference and represented by James Vaughns.  The government was

19   represented by Assistant United States Attorney Sailaja Paidipaty.  Pretrial recommended

20   detention based on risk of flight, and the government also argued for detention, contending that no

21   condition or combination of conditions of release would reasonably assure the appearance of the

22   defendant.  After argument, the Court ordered the defendant detained.  This Order supplements the

23   findings made on the record at the hearing.

24          In light of Mr. Mayorquin's contacts outside of the Bay Area, including family in

25   Honduras, his lack of a stable address in the Bay Area, his criminal record, and his inability to find

26   lawful work due to his immigration status, the Court finds by a preponderance of the evidence that

27   there are no combination of conditions of release that would reasonably assure his appearance.

28   His proposed surety, a cousin, is not sufficient given that she lives in North Carolina, her assets

United States District Court
Northern District of California

United States District Court
Northern District of California

1    are limited, and her contact with Mr. Mayorquin was in Texas, not the Bay Area, and was thus

2    some time ago.

3         These findings are made without prejudice to Defendant's right to seek review of

4    Defendant's detention, or file a motion for reconsideration if circumstances warrant it.

5         Pursuant to 18 U.S.C. § 3143(a) and Fed. R. Crim. P. 32.1(a)(6), IT IS ORDERED THAT:

6         1.    The defendant is committed to the custody of the Attorney General for confinement

7    in a corrections facility separate, to the extent practicable, from persons awaiting or serving

8    sentences or being held in custody pending appeal;

9         2.    The defendant be afforded reasonable opportunity for private consultation with

10   counsel; and

11        3.    On order of a court of the United States or on request of an attorney for the

12   government, the person in charge of the corrections facility in which the defendant is confined

13   shall deliver the defendant to an authorized United States Marshal for the purpose of any

14   appearance in connection with a court proceeding.

15        **IT IS SO ORDERED.**

16   Dated: November 16, 2021

17

18   _____

19   JACQUELINE SCOTT CORLEY
     United States Magistrate Judge

20

21

22

23

24

25

26

27

28